1  SHERRIE M. FLYNN #240215
2  COLEMAN & HOROWITT, LLP
   Attorneys at Law
3  499 West Shaw Avenue, Suite 116
   Fresno, California 93704
4  Telephone: (559) 248-4820
   Facsimile: (559) 248-4830
5

6  Attorneys for Defendant, PTN, INC. dba PRO
   TRAVEL NETWORK
7

   ADAM I. GAFNI #230045
8  LAW OFFICES OF ADAM I. GAFNI
   2811 Wilshire Blvd., Suite 780
9  Santa Monica, CA 90403
   Telephone: (424) 744-8344
10 Facsimile: (424) 488-1344

11
   Attorneys for Plaintiff, VINCENT KHOURY
12 TYLOR

13 # UNITED STATES DISTRICT COURT

14 EASTERN DISTRICT OF CALIFORNIA

15

16 | VINCENT KHOURY TYLOR, | Case No. 1:15-cv-01543---SKO |
|---|---|
| Plaintiff, | **STIPULATION AND ORDER TO EXTEND DEFENDANT PTN, INC. dba PRO TRAVEL NETWORK'S DEADLINE TO RESPOND TO PLAINTIFF'S COMPLAINT; [PROPOSED] ORDER** |
| v. | |
| PTN, INC. d/b/a PRO TRAVEL NETWORK; and DOES 1-100, | |
| | Complaint Served: October 16, 2015 |
| Defendants. | |

22     WHEREAS, the responsive pleading of Defendant, PTN, INC. dba PRO TRAVEL

23 NETWORK (hereinafter "PTN"), was due on November 6, 2015;

24     WHEREAS, the scheduling conference in this matter is currently set for January 21, 2016;

25     WHEREAS, the Parties are involved in settlement discussions;

26     WHEREAS, there has been no previous stipulations for an extension of time to respond;

27     WHEREAS, Plaintiff, VINCENT KHOURY TYLOR (hereinafter "TYLOR"), and PTN

28 wish additional time to attempt resolution of the matter without incurring additional fees and costs

associated with filing responsive pleadings;

WHEREAS, the parties wish to conserve the Court's resources and time and not unnecessarily burden the Court with a matter that may be informally resolved;

WHEREAS, the extension granted in this Stipulation will not affect or change any of the currently scheduled Court dates in this case.

NOW, THEREFORE, TYLOR, through his attorney of record, and PTN, through their attorney of record, hereby stipulate as follows:

That PTN's time to respond to the Complaint be extended to December 18, 2015, which extension is 42 days from the initial deadline**.**

Dated:  December 4, 2015          COLEMAN & HOROWITT, LLP

By:____*/s/ Sherrie M. Flynn*_____
SHERRIE M. FLYNN
Attorneys for Defendant,
PTN, INC. dba PRO TRAVEL NETWORK

Dated:  December 4, 2015          THE LAW OFFICES OF ADAM I. GAFNI

By:____*/s/ Adam I. Gafni*_____
ADAM I. GAFNI
Attorneys for Plaintiff
VINCENT KHOURY TYLOR

**ORDER**

Pursuant to the parties' stipulation, IT IS HEREBY ORDERED that Defendant PTN d/b/a PRO TRAVEL NETWORK shall file a response to the Complaint by no later than December 18, 2015.

IT IS SO ORDERED.

Dated:   **December 7, 2015**               **/s/ Sheila K. Oberto**
                                   UNITED STATES MAGISTRATE JUDGE