1  SHERRIE M. FLYNN #240215
   COLEMAN & HOROWITT, LLP
2  Attorneys at Law
   499 West Shaw Avenue, Suite 116
3  Fresno, California 93704
   Telephone: (559) 248-4820
4  Facsimile: (559) 248-4830

5  Attorneys for Defendant, PTN, INC. dba PRO TRAVEL NETWORK

6  ADAM I. GAFNI #230045
   LAW OFFICES OF ADAM I. GAFNI
7  2811 Wilshire Blvd., Suite 780
   Santa Monica, CA 90403
8  Telephone: (424) 744-8344
   Facsimile: (424) 488-1344
9
   Attorneys for Plaintiff, VINCENT KHOURY TYLOR
10

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| VINCENT KHOURY TYLOR, | Case No. 1:15-cv-01543---SKO |
|---|---|
| Plaintiff, | **STIPULATION AND ORDER TO EXTEND DEFENDANT PTN, INC., d/b/a PRO TRAVEL NETWORK'S DEADLINE TO RESPOND TO PLAINTIFF'S COMPLAINT** |
| v. | |
| PTN, INC., d/b/a PRO TRAVEL NETWORK and DOES 1-10, | |
| Defendants. | Complaint Served: October 16, 2015 Current Response Date: December 18, 2015 New Response Date: December 31, 2015 |

WHEREAS, the responsive pleading of Defendant, PTN, INC. dba PRO TRAVEL NETWORK (hereinafter "PTN"), was due on December 18, 2015;

WHEREAS, the scheduling conference in this matter is currently set for January 21, 2016;

WHEREAS, the Parties are involved in settlement discussions;

WHEREAS, there has been granted one previous extension of time to respond;

WHEREAS, Plaintiff, VINCENT KHOURY TYLOR (hereinafter "TYLOR"), and PTN wish additional time to attempt resolution of the matter without incurring additional fees and costs associated with filing responsive pleadings;

WHEREAS, the parties wish to conserve the Court's resources and time and not unnecessarily burden the Court with a matter that may be informally resolved;

WHEREAS, the extension granted in this Stipulation will not affect or change any of the currently scheduled Court dates in this case.

NOW, THEREFORE, TYLOR, through his attorney of record, and PTN, through their attorney of record, hereby stipulate as follows:

1. That PTN's time to respond to the Complaint be extended to December 31, 2015, which an extension of 13 days from the previously granted deadline.

Dated: December 18, 2015         COLEMAN & HOROWITT, LLP
                                 By: */s/ Sherrie M. Flynn*
                                 SHERRIE M. FLYNN
                                 Attorneys for Defendant,
                                 PTN, INC. dba PRO TRAVEL NETWORK

Dated: December 18, 2015         THE LAW OFFICES OF ADAM I. GAFNI
                                 By: */s/ Adam I. Gafni*
                                 ADAM I. GAFNI
                                 Attorneys for Plaintiff
                                 VINCENT KHOURY TYLOR

**ORDER**

Pursuant to the parties' stipulation, IT IS HEREBY ORDERED that Defendant PTN d/b/a PRO TRAVEL NETWORK shall file a response to the Complaint by no later than December 31, 2015.

IT IS SO ORDERED.

Dated:   **December 24, 2015**              /s/ Sheila K. Oberto
                                            UNITED STATES MAGISTRATE JUDGE