# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VINCENT KHOURY TYLOR,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>PTN, INC. dba PRO TRAVEL NETWORK and DOES 1-10,<br><br>　　　　Defendants.<br>_____/ | Case No.  1:15-cv-01543-SKO<br><br>**ORDER DIRECTING CLERK OF COURT TO CLOSE CASE** |

　　　On April 22, 2016, Plaintiff Vincent Khoury Tylor filed a joint stipulation of dismissal with prejudice as to Defendant PTN, Inc. dba Pro Travel Network and without prejudice as to the Doe Defendants, pursuant to Fed. R. Civ. P. 41(a)(1)(A). (Doc. 36.)  The Court having considered the stipulation of the parties, and good cause appearing, orders as follows:

1. All claims asserted by Plaintiff Vincent Khoury Tylor against Defendant PTN Inc. dba Pro Travel Network in the underlying action are hereby DISMISSED WITH PREJUDICE;

2. All claims asserted by Plaintiff Vincent Khoury Tylor against Defendant(s) Does 1-10 in the underlying action are hereby DISMISSED WITHOUT PREJUDICE;

3. The Clerk of Court is directed to close this case; and

4. Each party shall bear its own costs and attorney's fees.

IT IS SO ORDERED.

Dated:　**April 25, 2016**　　　　　　　　　　**/s/ Sheila K. Oberto**
　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE